Because of the error mentioned, the judgment is reversed and the cause remanded.

## WALKER v. STATE.

### No. 18887.

Court of Criminal Appeals of Texas.
March 24, 1937.

Messer & Messer, of Temple, and Cecil R. Glass, of Marlin, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

Theft of chickens is the offense; penalty assessed at confinement in the penitentiary for one year.

The record is before us without statement of facts or bills of exception. The indictment appears regular and properly presented.

No error having been perceived or pointed out, the judgment is affirmed.